# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4694
_____

CASH W. PAWLEY, SR.,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari–Original Jurisdiction.

March 15, 2018

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.100(c).

WOLF, LEWIS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cash W. Pawley, Sr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.